# Proskauer»

Proskauer Rose LLP | Eleven Times Square  New York, NY 10036-8299

January 7, 2015

**RECEIVED**
JAN 0 7 2014
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

Allan S. Bloom
Member of the Firm
d 212.969.3880
f 212.969.2900
abloom@proskauer.com
www.proskauer.com

**VIA FACSIMILE [212-805-7942]**

Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 1050
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/15

Re: *Preston v. HSBC Securities (USA) Inc.*
    14 Civ. 8402 (AKH) (FM)

Your Honor:

We represent HSBC Securities (USA) Inc. ("HSBC") and write jointly with Plaintiff to request a stay of proceedings in the above-referenced matter.

For the past two months, the parties have been working in earnest—including by meeting in person and by conducting a privileged, informal exchange of documents and information—to determine whether they can resolve this matter short of continued litigation.

The parties have now agreed to participate in private mediation at JAMS, and are working to identify a mutually agreeable mediator and mediation date.

In accordance with Your Honor's Individual Rule 1(D), the parties respectfully request that the Court stay proceedings in this matter through the earlier of 45 days from today (February 20, 2015) or five days after the parties' mediation concludes.

We also respectfully request that Your Honor extend Defendant's deadline to answer or otherwise move against the Complaint through the day after the stay is lifted.

This is the parties' first request for an extension of time.

Respectfully submitted,

*[signature]*

Allan S. Bloom

ASB

*[handwritten note from judge]:* The time to file Answer is enlarged to March 13, 2015. The initial case mgmt cnf. will be held April 17, 2015, 10 am. 1-8-15 *[signature]*

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Newark | Paris | São Paulo | Washington, DC

**Proskauer》**

Honorable Alvin K. Hellerstein
January 7, 2015
Page 2

cc:  Ariel Y. Graff, Esq. (via email)
     The Ottinger Law Firm

   *Attorneys for Plaintiff*

Proskauer》