

RECEIVED
MAR 13 2015
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

March 13, 2015

Allan S. Bloom
Member of the Firm
d 212.969.3880
f 212.969.2900
abloom@proskauer.com
www.proskauer.com

**VIA FACSIMILE [212-805-7942]**

Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 1050
New York, New York 10007

So ordered
3-13-15
[signature]

Re: *Preston v. HSBC Securities (USA) Inc.*
14 Civ. 8402 (AKH) (FM)

Your Honor:

We represent HSBC Securities (USA) Inc. ("HSBC") and write jointly with Plaintiff to request an extension of the current stay of proceedings in the above-referenced matter.

As indicated in our January 7, 2015 letter to the Court, the parties participated in a private mediation at JAMS on March 9, 2015 before mediator David Ross, Esq., and have reached a settlement. The parties are in the process of finalizing a formal settlement agreement, and anticipate that they will be able to submit a stipulation of discontinuance to the Court shortly.

In accordance with Your Honor's Individual Rule 1(D), the parties respectfully request an extension of the current stay of proceedings through April 13, 2015 while they finalize a settlement agreement.

We also request that Your Honor extend HSBC's deadline to answer or otherwise move against the Complaint through the day after the stay is lifted, if for some reason the parties are unable to finalize the settlement agreement.

This is the parties' second request for an extension of time.

Respectfully submitted,

[signature]

Allan S. Bloom

ASB

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/15

# Proskauer»

Honorable Alvin K. Hellerstein
March 13, 2015
Page 2


cc: Ariel Y. Graff, Esq. (via email)
   The Ottinger Law Firm

   *Attorneys for Plaintiff*

# Proskauer»

Honorable Alvin K. Hellerstein
March 13, 2015